IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HENRY LOVATO, | ) | CASE NO. 4:11CV3030 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ERIC K. SHINSEKI, Secretary of the | ) | |
| Department of Veterans Affairs, | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of the Stipulation for Entry of Protective Order (Filing 29),

IT IS HEREBY ORDERED:

1.  Documents contained within the personnel files or other personnel information of current and former employees of the United States Department of Veterans Affairs, Nebraska-Western Iowa Health Care System, which may contain information that is relevant to disputed facts alleged with particularity in the pleadings or needed in the pursuit of this case from Defendant, related to Plaintiff's claims of discrimination, shall be released to Plaintiff and his counsel, and be protected from further disclosure by Plaintiff and his counsel in this case. Defendant shall mark such documents and identify such information as is subject to the protective order.

2.  The information described in Paragraph 1 above will be provided to the Plaintiff and his counsel for use in this litigation. Plaintiff and his counsel will treat the information as confidential, and shall not disclose the information or use the information for

any purpose other than presenting this lawsuit, without further order of the Court.  Plaintiff and his counsel will not disclose any information obtained from these discovery responses, especially the employee personnel records, to any third parties not directly involved with this lawsuit as a party or witness.

      3.      Defendant is allowed to redact social security numbers, home addresses and phone numbers, and dates of birth from any employee records other than Plaintiff's records.

      4.      Plaintiff will destroy the information within 60 days after completion of the litigation.

      DATED this 13th day of October, 2011.

                                          _____
                                          CHERYL ZWART
                                          UNITED STATES MAGISTRATE JUDGE